### RIDDLE *v.* GEORGE.

After a decision upon a referee's report, affecting the title of land, and making a grantor of the defendant liable on his warranty of the title, a motion of such grantor for leave to appear and contest the suit is addressed to the discretion of the court.

IN EQUITY. After a decision upon a referee's report in favor of the plaintiff, affecting the title of land, one Kennard, a grantor of the defendant, moved for leave to appear, and for an order recommitting the case to the referee. Under the decision, Kennard would be liable to the defendant on his warranty of the title. The court granted the motion, on terms, and the plaintiff excepted.

*C. R. Morrison,* for the plaintiff.

*G. Y. Sawyer & Sawyer, Jr.,* for Kennard.

DOE, C. J. The motion was addressed to the discretion of the court, and no question of discretion is reserved.

*Exception overruled.*

ALLEN, J., did not sit.